UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE DWAYNE BASS, | ) | NO. CV 09-6284-CJC(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on August 28, 2009. The Petition challenges a 1994 Los Angeles Superior Court conviction (Petition at 2, 5-6). Petitioner challenged this same conviction in a habeas action filed in this Court in 1997. See Bass v. Lindsey, CV 97-4418-WDK(E) ("the prior habeas action"). On February 4, 2008, the Court entered judgment in the prior habeas action, denying and dismissing the prior petition with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and

Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. See Burton v. Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive authorization from a court of appeals before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"). A petition need not be repetitive to be "second or successive," within the meaning of 28 U.S.C. section 2244(b). See, e.g., Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008); Miles v. Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal. Dec. 19, 2007). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, the District Court cannot entertain the present Petition. See Burton v. Stewart, 549 U.S. at 157; see also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal. Feb. 29, 2008) (without a court of appeals' authorization, "this court lacks jurisdiction to consider the petition").

///
///
///
///
///
///
///

```
 1        For all of the foregoing reasons, the Petition is denied and
 2   dismissed without prejudice.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6             DATED: September 22, 2009.
 7
 8
 9                                   _____
                                            CORMAC J. CARNEY
10                                     UNITED STATES DISTRICT JUDGE
11
12
13
14   PRESENTED this 21st day of
15   September, 2009, by:
16
17   _____/S/_____
            CHARLES F. EICK
18   UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28
                                     3
```