**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYRONE DWAYNE BASS, | ) | NO. CV 09-6284-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 22, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE